KEN THERRIEN
of BUREN & THERRIEN, PLLC
307 NORTH THIRD STREET, SUITE 5
YAKIMA, WA 98901
(509) 457-5991

Attorney for Defendant
FERNANDO NAVA-ANAYA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FERNANDO NAVA-ANAYA,<br><br>　　　　　Defendant. | NO. CR-04-2134-LRS<br><br>DEFENDANT FERNANDO NAVA-ANAYA'S MOTION FOR DISQUALIFICATION OF COUNSEL |

　　　The defendant, Fernando Nava-Anaya, moves the Court for an order authorizing the disqualification of current defense counsel, Ken Therrien.

　　　This motion is based upon the files herein and the supporting affidavit filed herein.

　　　DATED this 23rd day of March, 2005.

　　　　　　　　　　　　　　　　s/ Ken Therrien
　　　　　　　　　　　　　　　　KEN THERRIEN, WSBA#20291
　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　FERNANDO NAVA-ANAYA

FERNANDO NAVA-ANAYA'S MOTION
FOR DISQUALIFICATION OF COUNSEL
Page 1 of 2

BUREN & THERRIEN, PLLC
307 North 3rd Street, Suite 5
Yakima, Washington 98901
(509) 457-5991

I hereby certify under penalty of perjury of the laws of the State of Washington that on March 23, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: JAMES P. HAGARTY, Assistant United States Attorney, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: FERNANDO NAVA-ANAYA, c/o Yakima County Jail, 111 North Front Street, Yakima, WA 98901.

s/ Ken Therrien
KEN THERRIEN, WSBA #20291
Attorney for Fernando Nava-Anaya
307 North Third Street, Suite 5
Yakima, WA 98901
(509) 457-5991
Fax: (509) 457-6197

FERNANDO NAVA-ANAYA'S MOTION
FOR DISQUALIFICATION OF COUNSEL
Page 2 of 2

**BUREN & THERRIEN, PLLC**
307 North 3rd Street, Suite 5
Yakima, Washington 98901
(509) 457-5991