**KEN THERRIEN**
**of BUREN & THERRIEN, PLLC**
**307 NORTH THIRD STREET, SUITE 5**
**YAKIMA, WA 98901**
**(509) 457-5991**

Attorney for Defendant
FERNANDO NAVA-ANAYA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WASHINGTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>FERNANDO NAVA-ANAYA,<br>Defendant. | ) | NO. CR-04-2134-LRS<br><br>AFFIDAVIT IN SUPPORT OF DEFENDANT FERNANDO NAVA-ANAYA'S MOTION FOR DISQUALIFICATION OF COUNSEL |

STATE OF WASHINGTON )
: ss
County of Yakima )

KEN THERRIEN, being first duly sworn on oath, deposes and says: I am the attorney for defendant FERNANDO NAVA-ANAYA, and I make this affidavit in support of the defendant's motion disqualifying counsel.

1. Defendant Fernando Nava-Anaya has informed the undersigned of his desire to disqualify present counsel, Ken Therrien.
2. This matter is currently set for trial on May 9, 2005.

Based on the above, defense counsel asks that the court to set a hearing to allow Fernando Nava-Anaya to make his request for disqualification of counsel.

This motion is made in good faith and not for the purposes of delay.

DATED this 23rd day of March, 2005.

KEN THERRIEN, WSBA #20291
Attorney for Defendant Fernando Nava-Anaya

**BUREN & THERRIEN, PLLC**
307 North 3rd Street, Suite 5
Yakima, Washington 98901
(509) 457-5991

SUBSCRIBED AND SWORN TO Before me this 23rd day of March, 2005.

*Janel Hudson*
NOTARY PUBLIC In and for the State of Washington
Residing at Yakima County.
Name commissioned: JANEL HUDSON
MCE: 01-15-2007



AFFIDAVIT IN SUPPORT OF DEFENDANT
FERNANDO NAVA-ANAYA'S MOTION
FOR DISQUALIFICATION OF COUNSEL
Page 2 of 3

BUREN & THERRIEN, PLLC
307 North 3rd Street, Suite 5
Yakima, Washington 98901
(509) 457-5991

I hereby certify under penalty of perjury of the laws of the State of Washington that on March 23, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: JAMES P. HAGARTY, Assistant United States Attorney, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: FERNANDO NAVA-ANAYA, c/o Yakima County Jail, 111 North Front Street, Yakima, WA 98901.

s/ Ken Therrien
KEN THERRIEN, WSBA #20291
Attorney for Fernando Nava-Anaya
307 North Third Street, Suite 5
Yakima, WA 98901
(509) 457-5991
Fax: (509) 457-6197

AFFIDAVIT IN SUPPORT OF DEFENDANT
FERNANDO NAVA-ANAYA'S MOTION
FOR DISQUALIFICATION OF COUNSEL
Page 3 of 3

BUREN & THERRIEN, PLLC
307 North 3rd Street, Suite 5
Yakima, Washington 98901
(509) 457-5991